PROB 22
(Rev. 2/88)

TRANSFER OF JURISDICTION

| FILED |
| --- |
| Nov 29 2022 |
| Mark B. Busby |
| CLERK, U.S. DISTRICT COURT |
| NORTHERN DISTRICT OF CALIFORNIA |
| OAKLAND |

DOCKET NUMBER *(Tran. Court)*
2:19CR00025

DOCKET NUMBER *(Rec. Court)*
4:22-cr-00449-YGR

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Matthew John Cannon Jr. | Nevada | U.S. Probation Office |

| NAME OF SENTENCING JUDGE |
| --- |
| Richard F. Boulware |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/5/2020 | TO 11/4/2023 |
| --- | --- | --- |

OFFENSE
18 U.S.C 1951 Conspiracy to Interfere with Interstate Commerce by Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    Nevada

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Northern District of California   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 17, 2022
*Date*

*RICHARD F. BOULWARE, II*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Northern    DISTRICT OF    California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 29, 2022
*Effective Date*

*United States District Judge*